Same case below, 340 Fed. Appx. 812.

**No. 09-851. Bexar County, Texas, et al., Petitioners v. Earnest Lytle, Individually and as Representative of the Estate of Heather Lytle, Deceased.**

559 U.S. 1007, 130 S. Ct. 1896, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2683.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 560 F.3d 404.

**No. 09-854. Fortis Insurance Company, Petitioner v. Jerome Mitchell, Jr.**

559 U.S. 1007, 130 S. Ct. 1896, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2744.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 385 S.C. 570, 686 S.E.2d 176.

**No. 09-858. John Stephen Woodward, Petitioner v. Minnesota.**

559 U.S. 1007, 130 S. Ct. 1897, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2684.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-863. Michael Russo, et al., Petitioners v. Roderick O'Neal, et al.**

559 U.S. 1007, 130 S. Ct. 1897, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2601.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 281 P.3d 1215.

**No. 09-886. Alan Stein, et ux., Petitioners v. Paradigm Mirasol, LLC.**

559 U.S. 1007, 130 S. Ct. 1903, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2588.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 849.

**No. 09-895. V. R. DeAngelis, et al., Petitioners v. Commissioner of Internal Revenue.**

559 U.S. 1007, 130 S. Ct. 1904, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2600,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 574 F.3d 789.

**No. 09-897. Armando Narciso-Cabrera, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1008, 130 S. Ct. 1904, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2575.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.